UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 18-62034-CIV-ALTONAGA/Seltzer

RAMON AYALA-RODRIGUEZ *et al.*,

      Plaintiffs,

v.

FALIC FASHION GROUP, LLC,

      Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED
PARTIES AND CORPORATE DISCLOSURE STATEMENT**

    Defendant, Falic Fashion Group, LLC, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1 hereby states as follows:

    Falic Fashion Group, LLC is a Florida limited liability company. Duty Free Americas, Inc., a Maryland corporation, headquartered in Hollywood, Florida is the parent company of Falic Fashion Group, LLC. No publicly held corporation owns any portion of Falic Fashion Group, LLC or Duty Free Americas, Inc.

    Upon information and belief, the following parties are financially interested in the outcome of this litigation:

      1. Simon Falic,

      2. Leon Falic,

      3. Jerome Falic,

      4. Defendant Falic Fashion Group, LLC,

      5. Plaintiff Ramon Ayala-Rodriguez p/k/a Daddy Yankee,

6. Plaintiff Mireddys Gonzalez,

7. Plaintiff El Cartel Records Inc., and

8. Non-Party, DY Merchandising, LLC

Dated: October 26, 2018

          Respectfully submitted,

          By:   /s/ Gabriel Groisman
          Gabriel Groisman, Fla. Bar No. 25644
          gabriel@groismanlaw.com
          GROISMAN LAW PLLC
          3323 NE 163 St., Suite 508
          North Miami Beach, Florida 33160
          Tel: 305-930-7979

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

          /s/   Gabriel Groisman

## Service List

Edwin Javier Prado-Galarza.
PRODO, NUNEZ, ASSOCIATES, PSC
518 Peachtree Rd.
Orlando, FL 32804
407-420-7926
Fax: 787-977-1411
Email: pradolaw10@gmail.com

Plaintiffs RAMON AYALA-RODRIGUEZ *et al*.